UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFF JACKSON and CHRISTOPHER
SCHARNITZKE,

                Plaintiffs,

v.                                                        Case No. 09-11529
                                                          Honorable David M. Lawson

SEGWICK CLAIMS MANAGEMENT SERVICES,
INC., COCA COLA ENTERPRISES, INC., and
PAUL DROULILLARD,

                Defendants.
_____/

**ORDER REQUIRING FILING OF RICO CASE STATEMENT**

The plaintiffs have filed an action based in part on the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961, *et seq*. The Court has determined that information in addition to that which is contained in the complaint would be helpful to determine the matter and advance the ultimate resolution of the litigation.

Accordingly, it is **ORDERED** that the plaintiffs shall file a RICO Case Statement on or before **May 29, 2009.** The RICO Case Statement shall conform to the specimen attached hereto, state the requested information using the numbers and letters set forth, and provide the response under each paragraph. The statement shall include facts upon which the plaintiffs rely to initiate their RICO claims, as a result of the "reasonable inquiry" required by Federal Rule of Civil Procedure 11. The Court shall construe the RICO Case Statement as an amendment to the pleadings.

Failure to timely file the RICO Case Statement may result in the dismissal of the action.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated: April 29, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 29, 2009.

s/Lisa M. Ware  
LISA M. WARE

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

~,

        Plaintiff(s),

                                      Case Number ~
v.                                   Honorable David M. Lawson

~,

        Defendant(s).
_____/

## RICO CASE STATEMENT

      1. State whether the alleged unlawful conduct is in violation of 18 U.S.C. 1962(a), (b), (c), and/or (d).

      2. List the defendants and state the alleged misconduct and basis of liability of each defendant.

      3. List the alleged wrongdoers, other than the defendants listed above, and state the alleged misconduct of each wrongdoer.

      4. List the alleged victims and state how each victim was allegedly injured.

      5. Describe in detail the pattern of racketeering activities or collection of unlawful debts alleged for each RICO claim. The description of the pattern of racketeering shall include the following information:

          a. List the alleged predicate acts and the specific statues that were allegedly violated;

          b. Provide the date of each predicate act, the participants in each predicate act, and a description of the facts constituting each predicate act;

          c. If the RICO claim is based on the predicate offenses of wire fraud, mail

fraud, or fraud in the sale of securities, the "circumstances constituting fraud or mistake shall be stated with particularity." Fed. R. Civ. P. 9(b). Identify the time, place and substance of the alleged misrepresentations, and the identity of persons to whom and by whom the alleged misrepresentations were made;

    d. State whether there has been a criminal conviction for violation of any predicate act;

    e. State whether civil litigation has resulted in a judgment with regard to any predicate act;

    f. Describe how the predicate act forms a "pattern of racketeering activity;" and

    g. State whether the alleged predicate acts relate to each other as part of a common plan. If so, describe the alleged relationship and common plan in detail.

6. Describe in detail the alleged "enterprise" for each RICO claim. A description of the enterprise shall include the following: (a) state the name of the individuals, partnerships, corporations, associations, or other legal entities, which allegedly constitute the enterprise; (b) a description of the structure, purpose, function and course of conduct of the enterprise; (c) a statement of whether any defendants are associated with the alleged enterprise; (e) a statement of whether plaintiff is alleging that the defendants are individuals or entities separate from the alleged enterprise or that the defendants are the enterprise itself, or members of the enterprise; (f) if any defendants alleged to be the enterprise itself, or members of the enterprise, an explanation of whether such defendants are perpetrators, passive instruments, or victims of the alleged racketeering activity.

7. State and describe in detail whether plaintiff is alleging that the pattern of racketeering

activity and the enterprise are separate or have merged into one entity.

8. Describe the alleged relationship between the activities of the enterprise and the pattern of racketeering activity. Discuss how the racketeering activity differs from the usual daily activities of the enterprise, if al all.

9. Describe what benefits, if any, the alleged enterprise receives from the alleged pattern of racketeering.

10. Describe the effect of the activities of the enterprise on interstate or foreign commerce.

11. If the complaint alleges a violation of 18 U.S.C. 1962(a), provide the following: (a) state who received the income derived from the pattern of racketeering activity or through the collection of unlawful debt; and (b) describe the use or investment of such income.

12. If the complaint alleges a violation of 18 U.S.C. 1962(b), describe in detail the acquisition or maintenance of any interest in or control of the alleged enterprise.

13. If the complaint alleges a violation of 18 U.S.C. 1962(c), provide the following: (a) state who is employed by or associated with the alleged enterprise, and (b) state whether the same entity is both the liable "person" and the "enterprise" under 18 U.S.C. 1962(C).

14. If the complaint alleges a violation of 18 U.S.C. 1962(d), described in detail the facts showing existence of the alleged conspiracy.

15. Describe the alleged injury to business or property.

16. Describe the direct causal relationship between the alleged injury and the violation of th4e RICO statute.

17. List the damages sustained by reason of the violation of 18 U.S.C. 1962, indicating the amount for which each defendant is allegedly liable.

18. List all other federal causes of action, if any, and provide the relevant statute numbers.

19. List all pendent state claims, if any.

20. Provide any additional information that you feel would be helpful to the Court in processing your RICO claims.



                                                                                                                                                                                                                  _____
                                                        Attorney for Plaintiff(s)

Dated: