AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:09-cv-11529-DML-VMM
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Paul Drouillard

Date of Service: May 28, 2009

### Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

__X__ Other (specify): On May 22, 2009 Mailed by certified return receipt to Attn: Paul Drouillard, D.O., 35360 Nankin Blvd. Ste 802, Westland, MI 48185. Attached Amended Complaint, Amended Case Statement and Order Requiring filing of Case Statement.

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____   Service $_____   Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Delilah D. Taylor

Signature of Server: Delilah D. Taylor

Date: June 3, 2009

Server's Address: Marshall Lasser, P.C.
P.O. Box 2579
Southfield, MI 48037

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* | B. Date of Delivery 5-28 |
| | C. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Paul Drouillard, D.O.<br>35360 Nankin Blvd., Ste. 802<br>Westland, MI  48185<br><br><br>COCA COLA | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAY 28 2009  USPS | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7003 2260 0005 6262 9862 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:09-cv-11529-DML-VMM
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Sedgwick Claims Management Services, Inc.

Date of Service:              May 28, 2009

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

**X** Other (specify): Mailed by Certified return receipt on May 22, 2009 Attn: Legal Department at P.O. Box 14446, Lexington, KY 40512. Attachments: Amended Complaint and Amended Case Statement and Order Requiring Filing of Case Statement

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:      Delilah D. Talon

Signature of Server: Delilah D. Talon

Date:                June 3, 2009

Server's Address:    Marshall Lasser, P.C.
                     P.O. Box 2579
                     Southfield, MI 48037

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature<br>X _Chris Adamson_ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Sedgwick CMS<br>Attn: Legal Department<br>P.O. Box 14446<br>Lexington, KY 40512<br><br>Clm#: 20070935498-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| ~~Coca-Cola~~<br>2. Article Number (Copy from service label) | 7003 2260 0005 6262 9855 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |

AO 440 (Rev. 02/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:09-cv-11529-DML-VMM
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   Coca Cola Enterprises, Inc.

Date of Service:   May 28, 2009

### Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

__X__ Other (specify): 2) May 22, 2009 Mailed Certified return receipt to: Coca-Cola Enterprises Inc. RA: CSC - Lawyers Incorporating Service Co., 601 Abbott Rd. East Lansing, MI 48823 Attached; Amended Complaint and Amended Case Statement and Order Requiring Filing of Case Statement

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Delilah D. Talon

Signature of Server:   (Delilah D. Talon)

Date:   June 3, 2009

Server's Address:   Marshall Lasser, P.C. P.O. Box 2579 Southfield, MI 48033

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* | B. Date of Delivery |
| | C. Signature<br>X *[signature]* | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Coca-Cola Enterprises Inc.<br>R/A: CSC-Lawyers<br>    Incorporating Service Co<br>601 Abbott Rd.<br>East Lansing, MI   48823 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |
| 2. Article Number   7003 2260 0005 6262 9979 | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |