UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFTON E. JACKSON and
CHRISTOPHER M. SCHARNITZKE,

    Plaintiffs, on behalf of themselves
    and other persons similarly situated,

v.

SEGWICK CLAIMS MANAGEMENT SERVICES, INC.,
and COCA COLA ENTERPRISES, INC., foreign
corporations, and DR. PAUL DROUILLARD,
jointly and severally,

    Defendants.

Case No. 09-11529

Hon. David M. Lawson

---

**MARSHALL LASSER, P.C.**
By:  **Marshall Lasser (P25573)**
P.O. Box 2579
Southfield, Michigan 49037
(248) 647-7722
**Attorney for Plaintiffs**

**BUTZEL LONG**
By:  **Daniel B. Tukel (P34978)**
      **Lynn A. Sheehy (P38162)**
      **Katherine D. Goudie (P62806)**
150 W. Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7000
**Attorneys for Defendant
Dr. Paul Drouillard**

---

### DEFENDANT DR. PAUL DROUILLARD'S *EX PARTE* APPLICATION TO EXCEED PAGE LIMITATION PURSUANT TO L.R. 7.1(c)(3)(A) FOR HIS BRIEF IN SUPPORT OF MOTION TO DISMISS

Pursuant to E.D. Mich. L.R. 7.1(c)(3)(A), Defendant Dr. Paul Drouillard ("Dr. Drouillard") files this *ex parte* application with the Court to exceed the twenty-page limitation for his Brief in Support of Motion to Dismiss. Dr. Drouillard applies for leave to file a supporting brief not to exceed thirty-five pages for the reasons set forth below:

1) On April 29, 2009, the plaintiffs filed their First Amended Complaint, bringing claims under the Racketeer Influenced and Corrupt Organization Act (RICO), 18 U.S.C. § 1961 *et seq.*, against the defendants. They assert that Dr. Drouillard, a board certified orthopedic surgeon, conspired with the defendants to deprive the plaintiffs of workers' disability compensation benefits by providing false and fraudulent independent medical examinations, through mail or wire fraud.

2) The plaintiffs' counsel has filed numerous civil RICO actions, such as the instant case, against employers, their worker's disability compensation benefits carriers, and the doctors who performed the independent medical exams. A number of issues have been raised in these cases, some of which are pending on appeal. Many other dispositive issues have yet to be addressed by any court in this context.

3) Dr. Drouillard has a number of bases to seek immediate dismissal of the claims against him. In response to the plaintiffs' First Amended Complaint, Dr. Drouillard is filing, concurrent with the filing of this application, a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). That Motion is based on several independent grounds, including:

- the Witness Immunity Doctrine;

- the plaintiffs' failure to sufficiently plead an "enterprise" or a connection between the conduct and the operation and management of the alleged enterprise under RICO;

- the Primary-Jurisdiction Doctrine, because the underlying worker's compensation matters remain pending;

- the *Burford*-Abstention Doctrine;

- the plaintiffs' inability to establish damages under RICO;

- collateral estoppel and the *Rooker-Feldman* Doctrine; and
- the McCarran-Ferguson Act.

4) In order to adequately address all of the dispositive issues in this case, and because Dr. Drouillard is raising issues which are matters of first impression in this context, he requires more pages than the twenty that are allowed for briefs under L.R. 7.1.

5) Dr. Drouillard has filed his Motion to Dismiss and supporting brief, which is thirty-five pages from the introduction to the end of the signature block, concurrently with the filing of this *ex parte* application.

WHEREFORE, Dr. Drouillard respectfully requests that this Court grant his *ex parte* application to exceed the page limitation and accept as proper the filing of his Motion to Dismiss and supporting brief, which were concurrently e-filed along with this application.

**BUTZEL LONG**

/s/Katherine D. Goudie
Daniel B. Tukel (P34978)
Lynn A. Sheehy (P38162)
Katherine D. Goudie (P62806)
150 West Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7000
tukel@butzel.com
sheehy@butzel.com
goudie@butzel.com

DATED: June 16, 2009          Attorneys for Defendant Dr. Drouillard

## Certificate of Service

I hereby certify that on June 16, 2009, I electronically filed the foregoing document, Defendant Dr. Paul Drouillard's *Ex Parte* Application to Exceed Page Limitation Pursuant to L.R. 7.1(c)(3)(A) for His Brief in Support of Motion to Dismiss, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>Marshall Lasser, Esq.
>P.O. Box 2579
>Southfield, Michigan 49037
>MLasserlaw@aol.com

**BUTZEL LONG**

/s/Katherine D. Goudie
Daniel B. Tukel (P34978)
Lynn A. Sheehy (P38162)
Katherine D. Goudie (P62806)
150 West Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7000
tukel@butzel.com
sheehy@butzel.com
goudie@butzel.com
Attorneys for Defendant Dr. Drouillard