UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CLIFTON E. JACKSON** and
**CHRISTOPHER M. SCHARNITZKE**,

    Plaintiffs, on behalf of themselves
    and other persons similarly situated,

v.

**SEGWICK CLAIMS MANAGEMENT SERVICES, INC.**,
and **COCA COLA ENTERPRISES, INC.**, foreign
corporations, and **DR. PAUL DROUILLARD**,
jointly and severally,

    Defendants.

Case No. 09-11529

Hon. David M. Lawson

/

MARSHALL LASSER, P.C.
By:   **Marshall Lasser (P25573)**
P.O. Box 2579
Southfield, Michigan 49037
(248) 647-7722
**Attorney for Plaintiffs**

BUTZEL LONG
By:   **Daniel B. Tukel (P34978)**
       **Lynn A. Sheehy (P38162)**
       **Katherine D. Goudie (P62806)**
150 W. Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7000
**Attorneys for Defendant**
**Dr. Paul Drouillard**

/

## INDEX OF EXHIBITS TO
## DEFENDANT DR. PAUL DROUILLARD'S MOTION TO DISMISS

| Exhibit | Description |
|---|---|
| A | Plaintiffs' Amended RICO Case Statement |
| B | Tr. from Interview with Mr. Lasser, which was posted on YouTube |
| C | *Ashcroft v. Iqbal*, __ U.S. __, *available at* No. 07-1015, 2009 U.S. LEXIS 3472 (May 18, 2009) |