UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFTON E JACKSON and
CHRISTOPHER M SCHARNITZKE,

      Plaintiff,                       Case No. 09-11529
                                        Honorable David M. Lawson

v.

SEGWICK CLAIMS MANAGEMENT
SERVICES, INC., COCA COLA
ENTERPRISES, INC., and PAUL
DROUILLARD,

      Defendants.

_____/

## ORDER GRANTING APPLICATION TO EXCEED PAGE LIMITATION

The matter comes before the Court on defendant Paul Drouillard's application to file a brief in support of his motion to dismiss that exceeds the page limitations of the local rules. The defendant asks for permission to file a thirty-five page brief. The Court has reviewed the matter and will grant the request.

Accordingly, it is **ORDERED** that the application to exceed page limitation [dkt. #14] is **GRANTED**. The defendant may file a brief in support of his motion to dismiss that does not exceed **thirty-five pages**.

                                                 s/David M. Lawson
                                               DAVID M. LAWSON
                                               United States District Judge

Dated: June 17, 2009

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 17, 2009.

        s/Diane Opalewski
        DIANE OPALEWSKI