UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Clifton E Jackson, et al.,

                Plaintiff(s),

v.                              Case No. 2:09−cv−11529−DML−VMM
                                      Hon. David M. Lawson

Segwick Claims Management
Services, Inc., et al.,

                Defendant(s).

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before the Honorable David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, Michigan. The following motion(s) are scheduled for hearing:

      Motion to Dismiss − #15

- MOTION HEARING: 8/25/09 at 04:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/ D. Opalewski
                                            Case Manager

Dated: June 24, 2009