# UNITED STATES DISTRICT COURT

## IN THE EASTERN DISTRICT OF MICHIGAN

**CLIFTON E.  JACKSON and
CHRISTOPHER M. SCHARNITZKE,**

Case No.: 2009-11529

Judge David M. Lawson

Plaintiffs, on behalf of themselves and
other persons similarly situated

<table>
<tr><td>

**PROOF OF SERVICE**

The undersigned certifies that this instrument, together with all referenced attachments was served on all parties to this case and/or their attorneys of record at their respective addresses as disclosed by the pleadings on __July 17, 2009__  by the following method(s):

[] U.S. Mail    [] Fax              [] Hand Delivered
[] Federal Express          [] UPS
[X] Other:     **ELECTRONICALLY EMAILED**

_ /s/Delilah D. Talon_____

Signature of Serve

</td></tr>
</table>

**SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC, and COCA COLA
ENTERPRISES, INC, foreign corporations,
and DR. PAUL DROUILLARD,
Jointly and Severally,**

Defendants.

_____

MARSHALL LASSER P25573
MARSHALL LASSER PC
Attorney for plaintiffs
po box 2579
Southfield MI 48037
248-647-7722

BUTZEL LONG
By:     Daniel B. Tukel P34978
        Lynn A. Sheehy P38162
        Katherine D. Goudie P62806
Attorneys for Defendant Dr. Drouillard
150 W. Jefferson, Ste. 100
Detroit, MI 48226
313-225-7000

_____

## PLAINTIFFS' EX PARTE MOTION TO EXCEED PAGE LIMITS

Plaintiffs move ex parte under Local Rule 7.1(C)(3) for leave to exceed the page

limits in his response to Dr.  Drouillard's motion to dismiss.  The grounds are:

•      This relief was granted to Dr. Drouillard;

•      The large number of the grounds Dr. Drouillard has raised in his motion;

- the complexity and potential finality of the motion.

   Plaintiffs' brief is 41 pages from the beginning of the Argument to the signature block.

/s/ Marshall Lasser
Marshall Lasser PC, by
Marshall Lasser P25573
po box 2579
Southfield MI 48307
(248) 647 7722

July 17, 2009

C:\wp51\DOCS\CocaColaRICO\ExParteMotionExceedPageLimit.wpd