# EXHIBIT A

# NOTICE OF DISPUTE

Michigan Department of Consumer & Industry Services
Bureau of Workers' Disability Compensation
P O Box 30016, Lansing, MI 48909

| 1. Social Security No. | 2. Date of Injury 10/01/2007 | 3. Employee Name (Last, First, MI) SINGLETON, CHRISTINE J. | | |
|---|---|---|---|---|
| 4. Employee Address (Street No. and Name) 940 HARRISON | 5. City LINCOLN PARK | 6. State MI | | 7. Zip Code 48146 |
| 8. Employer Name United Parcel Services | | | | 9. Federal ID No. 36-2407381 |
| 10. Employer Street Address 25600 NORTHLINE ROAD | 11. City TAYLOR | 12. State MI | | 13. Zip Code WAYNE |
| 14. Carrier or Self-Insured Name Liberty Mutual Insurance | | 15. NAIC or Self-Insured No. 23043-111 | | 16. Zip Code 46207 |
| 17. Service Company/TPA Name (if applicable) | | 18. Service Co./TPA ID No. | | 16. Zip Code |
| 20. Claim or File No. 471-694863 | 21. County of Injury WAYNE | | | 22. County Code (if known) |

23. Reason For Dispute

A. _____ Injury not work related

B. _____ Medical treatment not related to injury

C. _____ Further investigation required (please specify below)

D. _____ Additional information required from employee (please specify below)

E. _____ Vocational rehabilitation dispute only (please specify below)

F. ✓ Other (please specify below)

PER THE INDEPENDENT MEDICAL EXAM OF DR. PAUL DROUILLARD DATED 12/28/07 THE EMPLOYEE IS CAPABLE OF RETURN TO WORK WITH NO RESTRICTIONS AT UPS. THEREFORE, BENEFITS HAVE BEEN TERMINATED.

| **Making a false or fraudulent statement for the purpose of obtaining or denying benefits can result in criminal or civil prosecution, or both, and denial of benefits.** | Authority: Workers' Disability Comepnsation Act, R408.33(1) Completion: Mandatory Penalty: Workers' Disability Compensation Act, 418.631; 418.631; R408.33 |
|---|---|

This is to certify that a copy of this form has been mailed or given to the injured employee.

| 24. Preparer Name (Please print) John Griffith | 25. Signature | 26. Telephone No. (800) 752-5832 | 27. Date 01/09/2008 |
|---|---|---|---|

NOTICE TO EMPLOYEE

By filing this form, your employer or its workers' compensation insurance company has indicated to the Bureau of Workers' Disability Compensation that it has a question or a dispute concerning the possible workers' compensation benefits to which you may be entitled. You may or may not agree with the position taken by the employer or insurance company. If you feel that you are not receiving the benefits to which you are entitled, you should discuss this with your employer or a representative of its insurance company. If you have already done that or you are not satisfied with the discussion, you may request an informal conference or file a formal application for mediation or hearing. You can obtain the appropriate forms or more information by contacting the Bureau of Workers' Disability Compensation at one of the offices listed below.

DETROIT
State of Michigan Plaza Building
1200 Sixth Street, 12th Floor
(313) 256-2770

ESCANABA
State Office Building
305 Ludington
(906) 786-2081

FLINT
Bristol West Center
G-1388 West Bristol Road
(810) 760-2813

GRAND RAPIDS
2942 Fuller Street N.E.
(616) 447-2670

KALAMAZOO
4203 West Main
(616) 337-3630

LANSING AREA
2501 Woodlake Circle,
Okemos
(517) 241-9393

MOUNT CLEMENS
10th Floor, Old Country Building
10 N. Main
(810) 463-6577

PONTIAC
NBD Building
28 N. Saginaw, Suite 1310
(810) 334-2497

SAGINAW
State Office Building
411-K East Genesee
(517) 758-1768

TDD In Lansing
(517) 322-5987

## NOTICE OF DISPUTE
Michigan Department of Consumer & Industry Services
Bureau of Workers' Disability Compensation
P O Box 30016, Lansing, MI 48909

| 1. Social Security No. | 2. Date of Injury 02/09/2006 | 3. Employee Name (Last, First, MI) Conforto, Janet M | | |
|---|---|---|---|---|
| 4. Employee Address (Street No. and Name) 14735 Park | 5. City Livonia | 6. State MI | | 7. Zip Code 48154 |
| 8. Employer Name United Parcel Service | | | | 9. Federal ID No. 36-2407381 |
| 10. Employer Street Address 29855 Schoolcraft Rd | 11. City Livonia | 12. State MI | | 13. Zip Code 48150 |
| 14. Carrier or Self-Insured Name Liberty Mutual Insurance Company | | 15. NAIC or Self-Insured No. 230430111 | | 16. Zip Code 46032 |
| 17. Service Company/TPA Name (if applicable) | | 18. Service Co./TPA ID No. | | 16. Zip Code |
| 20. Claim or File No. WC 471-633980 | 21. County of Injury | | | 22. County Code (if known) |

23. Reason For Dispute

A. _____ Injury not work related
B. _____ Medical treatment not related to injury
C. _____ Further investigation required (please specify below)
D. _____ Additional information required from employee (please specify below)
E. _____ Vocational rehabilitation dispute only (please specify below)
F. ✓ Other (please specify below)

Cutting off wage loss benefits only. Per our  ME, she is full duty   (09-11-06)

*Making a false or fraudulent statement for the purpose of obtaining or denying benefits can result in criminal or civil prosecution, or both, and denial of benefits.*

Authority:   Workers' Disability Compensation Act, R408.33(1)
Completion:  Mandatory
Penalty:     Workers' Disability Compensation Act, 418.631; 418.631; R408.33

This is to certify that a copy of this form has been mailed or given to the injured employee.

| 24. Preparer Name (Please print) Eileen K Lightcap | 25. Signature | 26. Telephone No. (800) 752-5832 | 27. Date 09/11/2006 |
|---|---|---|---|

### NOTICE TO EMPLOYEE

By filing this form, your employer or its workers' compensation insurance company has indicated to the Bureau of Workers' Disability Compensation that it has a question or a dispute concerning the possible workers' compensation benefits to which you may be entitled.  You may or may not agree with the position taken by the employer or insurance company

If you feel that you are not receiving the benefits to which you are entitled, you should discuss this with your employer or a representative of its insurance company.  If you have already done that or you are not satisfied with the discussion, you may request an informal conference or file a formal application for mediation or hearing. You can obtain the appropriate forms or more information by contacting the Bureau of Workers' Disability Compensation at one of the offices listed below.

**DETROIT**
State of Michigan Plaza Building
1200 Sixth Street, 12th Floor
(313) 256-2770

**ESCANABA**
State Office Building
305 Ludington
(906) 786-2081

**FLINT**
Bristol West Center
G-1388 West Bristol Road
(810) 760-2618

**GRAND RAPIDS**
2942 Fuller Street N E
(616) 44 -2670

**KALAMAZOO**
4203 West Main
(616) 337-3630

**LANSING AREA**
2501 Woodlake Circle,
Okemos
(517) 241-9393

**MOUNT CLEMENS**
10th Floor, Old Country Building
10 N. Main
(810) 463-6577

**PONTIAC**
NBD Building
28 N. Saginaw, Suite 1310
(810) 334-2497

**SAGINAW**
State Office Building
411-K East Genesee
(517) 758-1768

TDD in Lansing
(517) 322-5987

RECEIVED SEP 1 8 2006

BWC-107 (Rev 2/99) Formerly MDL-1-107
21-CSF-20 R2

# NOTICE OF DISPUTE

Michigan Department of Consumer & Industry Services
Bureau of Workers' Disability Compensation
P O Box 30016, Lansing, MI 48909

| 1. Social Security No. | 2. Date of Injury 11/01/2005 | 3. Employee Name (Last, First, MI) Didonato, Daniel P | | |
|---|---|---|---|---|
| 4. Employee Address (Street No. and Name) 18267 Mac Arthur | | 5. City Redford | 6. State MI | 7. Zip Code 48240 |
| 8. Employer Name United Parcel Service | | | | 9. Federal ID No. 36-2407381 |
| 10. Employer Street Address 29855 Schoolcraft Rd | | 11. City Livonia | 12. State MI | 13. Zip Code 48150 |
| 14. Carrier or Self-Insured Name Liberty Mutual Insurance Company | | | 15. NAIC or Self-Insured No. 230430111 | 16. Zip Code 46032 |
| 17. Service Company/TPA Name (if applicable) | | | 18. Service Co./TPA ID No. | 16. Zip Code |
| 20. Claim or File No. WC 471-634931 | | 21. County of Injury | | 22. County Code (if known) |

**23. Reason For Dispute**

A.   ✓     Injury not work related

B.   _____   Medical treatment not related to injury

C.   _____   Further investigation required (please specify below)

D.   _____   Additional information required from employee (please specify below)

E.   _____   Vocational rehabilitation dispute only (please specify below)

F.   _____   Other (please specify below)

| *Making a false or fraudulent statement for the purpose of obtaining or denying benefits can result in criminal or civil prosecution, or both, and denial of benefits.* | Authority:   Workers' Disability Comepnsation Act, R408.33(1) Completion:  Mandatory Penalty:     Workers' Disability Compensation Act, 418.631; 418.631; R408.33 |
|---|---|

This is to certify that a copy of this form has been mailed or given to the injured employee.

| 24. Preparer Name (Please print) Eileen K Lightcap | 25. Signature *Eileen K. Lightcap* | 26. Telephone No. (800) 752-5832 | 27. Date 03/30/2006 |
|---|---|---|---|

## NOTICE TO EMPLOYEE

By filing this form, your employer or its workers' compensation insurance company has indicated to the Bureau of Workers' Disability Compensation that it has a question or a dispute concerning the possible workers' compensation benefits to which you may be entitled. You may or may not agree with the position taken by the employer or insurance company.

If you feel that you are not receiving the benefits to which you are entitled, you should discuss this with your employer or a representative of its insurance company. If you have already done that or you are not satisfied with the discussion, you may request an informal conference or file a formal application for mediation or hearing. You can obtain the appropriate forms or more information by contacting the Bureau of Workers' Disability Compensation at one of the offices listed below.

**DETROIT**
State of Michigan Plaza Building
1200 Sixth Street, 12th Floor
(313) 256-2770

**ESCANABA**
State Office Building
305 Ludington
(906) 786-2081

**FLINT**
Bristol West Center
G-1388 West Bristol Road
(810) 760-2618

**GRAND RAPIDS**
2942 Fuller Street N.E.
(616) 447-2670

**KALAMAZOO**
4203 West Main
(616) 337-3630

**LANSING AREA**
2501 Woodlake Circle,
Okemos
(517) 241-9393

**MOUNT CLEMENS**
10th Floor, Old Country Building
10 N. Main
(810) 463-6577

**PONTIAC**
NBD Building
28 N. Saginaw, Suite 1310
(810) 334-2497

**SAGINAW**
State Office Building
411-K East Genesee
(517) 758-1768

**TDD in Lansing**
(517) 322-5987

BWC-107 (Rev. 2/99) Formerly MDL-1-107
21-CSF-20 R2

# NOTICE OF DISPUTE
Michigan Department of Consumer & Industry Services
Bureau of Workers' Disability Compensation
P O Box 30016, Lansing, MI 48909

| 1. Social Security No. | 2. Date of Injury 06/16/2005 | 3. Employee Name (Last, First, MI) MILLER, JOHN E. | | |
|---|---|---|---|---|
| 4. Employee Address (Street No. and Name) 10555 N COUNTY LINE HWY | | 5. City MILAN | 6. State MI | 7. Zip Code 48160 |
| 8. Employer Name United Parcel Services | | | | 9. Federal ID No. 36-2407381 |
| 10. Employer Street Address 540 SOUTH MANSFIELD ST. | | 11. City YPSILANTI | 12. State MI | 13. Zip Code 48197 |
| 14. Carrier or Self-Insured Name Liberty Mutual Insurance | | 15. NAIC or Self-Insured No. 23043-111 | | 16. Zip Code 46207 |
| 17. Service Company/TPA Name (if applicable) | | 18. Service Co./TPA ID No. | | 16. Zip Code |
| 20. Claim or File No. 471-609205 | 21. County of Injury WASHTENAW | | | 22. County Code (if known) |

23. Reason For Dispute

A. _____ Injury not work related

B. _____ Medical treatment not related to injury

C. _____ Further investigation required (please specify below)

D. _____ Additional information required from employee (please specify below)

E. _____ Vocational rehabilitation dispute only (please specify below)

F. ✓ Other (please specify below)

PER THE IME OF DR. DROUILLARD THE EMPLOYEE IS NO LONGER DISABLED FROM HIS JOB AT UPS AND MAY RETURN TO

UNRESTRICTED DUTY. THEREFORE, BENEFITS HAVE BEENS SUSPENDED BASED ON THIS EXAMINATION.

| *Making a false or fraudulent statement for the purpose of obtaining or denying benefits can result in criminal or civil prosecution, or both, and denial of benefits.* | Authority: Workers' Disability Comepnsation Act, R408.33(1) Completion: Mandatory Penalty: Workers' Disability Compensation Act, 418.631; 418.631; R408.33 |
|---|---|

This is to certify that a copy of this form has been mailed or given to the injured employee.

| 24. Preparer Name (Please print) John Griffith | 25. Signature | 26. Telephone No (800) 752-5832 | 27. Date 10/19/2005 |
|---|---|---|---|

## NOTICE TO EMPLOYEE

By filing this form, your employer or its workers' compensation insurance company has indicated to the Bureau of Workers' Disability Compensation that it has a question or a dispute concerning the possible workers' compensation benefits to which you may be entitled. You may or may not agree with the position taken by the employer or insurance company.

If you feel that you are not receiving the benefits to which you are entitled, you should discuss this with your employer or a representative of its insurance company. If you have already done that or you are not satisfied with the discussion, you may request an informal conference or file a formal application for mediation or hearing. You can obtain the appropriate forms or more information by contacting the Bureau of Workers' Disability Compensation at one of the offices listed below.

DETROIT
State of Michigan Plaza Building
1200 Sixth Street, 12th Floor
(313) 256-2770

ESCANABA
State Office Building
305 Ludington
(906) 786-2081

FLINT
Bristol West Center
G-1388 West Bristol Road
(810) 760-2018

GRAND RAPIDS
2942 Fuller Street N E
(616) 447-2670

KALAMAZOO
4203 West Main
(616) 327-3630

LANSING AREA
2501 Woodlake Circle,
Okemos
(517) 241-9303

MOUNT CLEMENS
10th Floor, Old Country Building
10 N. Main
(810) 463-6577

PONTIAC
NBD Building
28 N. Saginaw, Suite 1310
(810) 334-2497

SAGINAW
State Office Building
411 E East Genesee
(517) 758-1764

TDD in Lansing
(517) 322-5987

WC-107 (Rev. 2/99) Formerly MDL-1-107
1 CSF-20 R2