UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFTON E JACKSON and
CHRISTOPHER M SCHARNITZKE,

       Plaintiff,

v.

Case No. 09-11529
Honorable David M. Lawson

SEGWICK CLAIMS MANAGEMENT
SERVICES, INC., COCA COLA
ENTERPRISES, INC., and PAUL
DROUILLARD,

       Defendants.

_____/

**ORDER GRANTING IN PART *EX PARTE* MOTION TO EXCEED PAGE LIMITATION**

The matter comes before the Court on the plaintiffs' *ex parte* motion to file a brief in support of their response to the defendant's motion to dismiss that exceeds the page limitations of the local rules. The plaintiffs ask for permission to file a forty-one page brief. The Court has reviewed the matter and finds that a thirty-five page brief is adequate space for the plaintiffs to make their argument.

Accordingly, it is **ORDERED** that the plaintiff's *ex parte* motion to exceed page limitation [dkt. #23] is **GRANTED IN PART**. The plaintiff may file a brief in opposition to the motion to dismiss that does not exceed **thirty-five pages**.

                                                 s/David M. Lawson
                                                 DAVID M. LAWSON
                                                 United States District Judge

Dated: July 22, 2009

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 22, 2009.

                                          s/Lisa M. Ware
                                          LISA M. WARE