# EXHIBIT B

AUG 24 2007 2:41PM   P LASERJET 3200

p.2

P.01

# STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

NAOMI WELCH,

Plaintiff,

v.

Case No. 05-522354 NH

Hon. Wendy Baxter

ELIE G. KHOURY, M.D.,
CHRISTOPHER ESSHAKI, M.D., and
CHUNG K. KIM, M.D.,

Defendants

---

ANDREW S. MUTH (P25387)
MUTH AND SHAPIRO, P.C.
301 W. Michigan Avenue, Suite 302
Ypsilanti, Michigan 48197
(734) 481-8800
Attorneys for Plaintiff

MARK V. HEUSEL (P47528)
BUTZEL LONG
350 S. Main Street, Suite 100
Ann Arbor, MI 48104
(734) 995-3110
Attorneys for Non-Parties
Medical Evaluation Specialists

RONALD W. CHAPMAN (P37503)
DAVID MAMMEL (P60732)
40950 Woodward Ave., Suite 120
Bloomfield Hills, MI 48304
(248) 644-6326
Attorneys for Elie Khoury, M.D.

---

## AFFIDAVIT OF LISA FRASER

I, Lisa Fraser, having first been duly sworn, state:

1.   I am currently employed by MES Solutions, Inc. (MES) and the title of my position is Operations Manager. As a representative of MES, I have reviewed the records in MES's possession that relate to the information requested by Plaintiff's attorney in a, Subpoena dated June 13, 2007, as it pertains to Dr. Paul Drouillard. Based on that review, I have personal knowledge of the facts in this Affidavit and, if sworn as a witness in this matter, I can competently testify to the facts stated herein.

2.   Dr. Drouillard performed 1,063 independent medical examinations in 2004 at the arrangement of MES.

3. Dr. Drouillard performed 1,375 independent medical examinations in 2005 at the arrangement of MES.

4. Dr. Drouillard performed 1,258 independent medical examinations in 2006 at the arrangement of MES.

FURTHER AFFIANT SAITH NOT.

Lisa Fraser

Subscribed and sworn to before me This 16th day of August, 2007

Notary Public

_____ County, Michigan

My commission expires: 07-16-2011