# EXHIBIT A

# Conklin Benham

Bingham Center
30700 Telegraph Road, Suite 2530
Bingham Farms, Michigan 48025-4526
Tel: (248) 593-2450
Fax: (248) 593-2451

Tffelker@ConklinBenham.com
Direct Dial: (248) 593-2454

T.F. FELKER, JR.

June 24, 2009

Hearings Division
Bureau of Workers' Disability Compensation
309 North Washington
P.O. Box 30016
Lansing, MI 48909

RE:   Clifton Jackson v. Coca Cola Enterprises, Inc./Self-Insured
      SSN: 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
      DOI: 08/05/05, 09/17/07 (alleged)
      TR: 9/9/09 – Detroit - Baril
      Our File: 1607-94362

Dear Sir/Madam:

Enclosed herewith for filing on behalf of Coca Cola Enterprises, Inc./Self-Insured in the above-captioned matter, please find our Application for Mediation or Hearing – Form C – Motion to Suspend and Forfeit Benefits based on plaintiff's failure to attend the duly scheduled and noticed examination set with Dr. Weingarden, with attachments. We would ask that such please be filed in the usual manner.

The Plaintiff's Application is currently pending for a trial date in Detroit before Magistrate Baril on September 9, 2009; however, we ask that this matter be heard on July 9, 2009.

Should you have any questions or concerns, please do not hesitate to contact the undersigned. Your cooperation and assistance in this regard is greatly appreciated.

Very truly yours,

*T.F. Felker, Jr.*

T.F. Felker, Jr. (P25262)

TFF:sdc
Enclosures
  c:   Marshall Lasser, Esq.
       Magistrate Baril