# EXHIBIT B

# UNITED STATES DISTRICT COURT

## IN THE EASTERN DISTRICT OF MICHIGAN

CLIFTON E. JACKSON and
CHRISTOPHER M. SCHARNITZKE,

Case No.: 2009-11529

Judge David M. Lawson

Plaintiffs, on behalf of themselves and
other persons similarly situated

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC, and COCA COLA
ENTERPRISES, INC, foreign corporations,
and DR. PAUL DROUILLARD,
Jointly and Severally,

Defendants.

**PROOF OF SERVICE**

The undersigned certifies that this instrument, together with all referenced attachments, was served on all parties to this case and/or their attorneys of record at their respective addresses as disclosed by the pleadings on __July 30, 2009__ by the following method(s):

[ ] U.S. Mail      [ ] Fax          [ ] Hand Delivered
[ ] Federal Express    [ ] UPS
[X] Other  ELECTRONICALLY EMAILED

s/Delilah D. Talon

Signature of Server

---

MARSHALL LASSER P25573
MARSHALL LASSER PC
Attorney for plaintiffs
po box 2579
Southfield MI 48037
248-647-7722
mlasserlaw@aol.com
ddtalon@gmail.com


Thomas W. Cranmer P25252
Matthew F. Leitman P48999
Miller Canfield Paddock & Stone, P.L.C.
Attorneys for Defendant Coca-Cola
840 West Long Lake Road  Ste. 200
Troy, MI 48098
248-879-2000
cranmer@millercanfield.com
leitman@millercanfield.com

BUTZEL LONG
By:     Daniel B. Tukel P34978
        Lynn A. Sheehy P38162
        Katherine D. Goudie P62806
Attorneys for Defendant Dr. Drouillard
150 W. Jefferson, Ste. 100
Detroit, MI 48226
313-225-7000
tukel@butzel.com
sheehy@butzel.com
goudie@butzel.com


Kathleen H. Klaus P67207
Attorney for Sedgwick
28400 Northwestern Hwy., 3rd Fl
Southfield, MI 48034
248-354-4030
khk@maddinhauser.com

## AFFIDAVIT OF MARSHALL LASSER

Marshall Lasser, being sworn, states that the statements he makes on page 4 through 6 of

this brief concerning the involvement in MI workers compensation claims by large self insured

employers such as Coca Cola are true, based on personal knowledge obtained in years of representing claimants in Michigan workers compensation claims against large self insured defendants such as UPS, DHL, Coca Cola, Cassens Transport, etc. and based on conversations with the lawyers at Lacey & Jones and Conklin, Benham et al, who now represent and have represented these defendants, concerning the involvement of their insureds.

The communications of Coca Cola concerning Michigan workers compensation claims are hidden from public view.   They are not part of the Agency file and copies of them are not given to plaintiffs' counsel (whereas Sedgwick does communicate directly with a claimant or his counsel before Sedgwick's counsel appears in a contested matter).   Coke communicates with its Michigan workers compensation defense counsel and, on information and belief, with Sedgwick, concerning claims.

_____
Subscribed and sworn to before me
S: CocaColaRICO Affidav 1ofMarshallLasser.wpd

Delilah Talon, Notary Public, Count of Oakland

my commission expires  2-20-12

DELILAH D. TALON
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Feb 20, 2012
ACTING IN COUNTY OF