# EXHIBIT C

ACKNOWLEDGMENT & NOTICE OF HEARING
Michigan Department of Labor & Economic Growth
Workers' Compensation Agency


*CLIFTON E. JACKSON                    COCA-COLA ENTERPRISES, INC.
19632 ANVIL STREET                     2500 WINEY RIDGE PARKWAY
DETROIT MI 48205                       PO BOX 723040
                                       ATLANTA GA 31139
MARSHALL D. LASSER                     DOI'S:      09/17/2007  08/05/2005
20100 CIVIC CENTER, SUITE 309
P.O. BOX 2579                          SEDGWICK CLAIMS MANAGEMENT SERVICES,
SOUTHFIELD MI 48037                    PO BOX 1059
                                       TROY MI 48099
SSN: XXX-XX-5134      CASE: 1

* NOTICE TO EMPLOYEE: YOU ARE NOT
REQUIRED TO BE PRESENT AT THESE
PROCEEDINGS UNLESS YOU ARE CONTACTED
BY YOUR ATTORNEY. IF YOU DO NOT HAVE
AN ATTORNEY, YOU MUST ATTEND.


NOTICE TO EMPLOYER:  PLEASE CONTACT
YOUR INSURANCE CARRIER REGARDING YOUR
PRESENCE AT THESE PROCEEDINGS. IF YOU
ARE NOT INSURED, YOU MUST ATTEND.



Notice is given that the attached application has been filed with
our agency.  Failure of either party to appear may result in
agency action as provided by R418.53.  A party to this claim may
request a mediation conference from the assigned magistrate at any
time on or after the pre-trial date.

HEARING OFFICER:   JOHN P. BARIL              DATE:  05/04/2009
HEARING SITE:      CADILLAC PLACE             TIME:  09:00 AM
                   3026 WEST GRAND BOULEVARD
                   SUITE 3-700
                   DETROIT MI 48202
HEARING TYPE:      60 DAY/PT

If there are any questions regarding attendance at these
proceedings, please contact the DETROIT office at
(313) 456-3650.


Dated at Lansing, Michigan on this 18th day of March, 2009




WC-761 (1/08) CW4600