EXHIBIT A

## UNITED STATES DISTRICT COURT

## IN THE EASTERN DISTRICT OF MICHIGAN

CLIFTON E. JACKSON and  
CHRISTOPHER M. SCHARNITZKE,

Plaintiffs, on behalf of themselves and other persons similarly situated

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC, and COCA COLA ENTERPRISES, INC, foreign corporations, and DR. PAUL DROUILLARD,  
**Jointly and Severally,**

Defendants.

Case No.: 2009-11529  
Judge David M. Lawson

**PROOF OF SERVICE**

The undersigned certifies that this instrument, together with all referenced attachments, was served on all parties to this case and/or their attorneys of record at their respective addresses as disclosed by the pleadings on **July 30, 2009** by the following method(s):

[ ] U.S. Mail  [ ] Fax  [ ] Hand Delivered  
[ ] Federal Express  [ ] UPS  
[X] Other  **ELECTRONICALLY EMAILED**

/s/Delilah D. Talon  
Signature of Server

---

MARSHALL LASSER P25573  
MARSHALL LASSER PC  
Attorney for plaintiffs  
po box 2579  
Southfield MI 48037  
248-647-7722  
mlasserlaw@aol.com  
ddtalon@gmail.com

Thomas W. Cranmer P25252  
Matthew F. Leitman P48909  
Miller Canfield Paddock & Stone, P.L.C.  
Attorneys for Defendant Coca-Cola  
840 West Long Lake Road Ste. 200  
Troy, MI 48098  
248-879-2000  
cranmer@millercanfield.com  
leitman@millercanfield.com

BUTZEL LONG  
By:  Daniel B. Tukel P34978  
     Lynn A. Sheehy P38162  
     Katherine D. Goudie P62806  
Attorneys for Defendant Dr. Drouillard  
150 W. Jefferson, Ste. 100  
Detroit, MI 48226  
313-225-7000  
tukel@butzel.com  
sheehy@butzel.com  
goudie@butzel.com

Kathleen H. Klaus P67207  
Attorney for Sedgwick  
28400 Northwestern Hwy., 3rd Fl  
Southfield, MI 48034  
248-354-4030  
khk@maddinhauser.com

## AFFIDAVIT OF MARSHALL LASSER

Marshall Lasser, being sworn, states that the statements he makes on page 4 through 6 of this brief concerning the involvement in MI workers compensation claims by large self insured

employers such as Coca Cola are true, based on personal knowledge obtained in years of representing claimants in Michigan workers compensation claims against large self insured defendants such as UPS, DHL, Coca Cola, Cassens Transport, etc. and based on conversations with the lawyers at Lacey & Jones and Conklin, Benham et al. who now represent and have represented these defendants, concerning the involvement of their insureds.

The communications of Coca Cola concerning Michigan workers compensation claims are hidden from public view. They are not part of the Agency file and copies of them are not given to plaintiffs' counsel (whereas Sedgwick does communicate directly with a claimant or his counsel before Sedgwick's counsel appears in a contested matter). Coke communicates with its Michigan workers compensation defense counsel and, on information and belief, with Sedgwick, concerning claims.

Subscribed and sworn to before me
S:\CocaColaRICO\Affidav1ofMarshallLasser.wpd

_____
Delilah Talon, Notary Public, Count of Oakland

my commission expires 2-20-12

DELILAH D. TALON
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Feb 20, 2012
ACTING IN COUNTY OF _____