2:09-cv-11529-NGE-VMM Doc # 53 Filed 10/30/09 Pg 1 of 1 Pg ID 848
MIE 500 Order Re: Disqualification of Judge (Rev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CLIFTON E. JACKSON AND CHRISTOPHER M. SCHARNITZKE,
        Plaintiff(s),

CASE NUMBER: 09-11529

HONORABLE DAVID M. LAWSON

v.

SEGWICK CLAIMS MANAGEMENT SERVICES, INC., COCA COLA ENTERPRISES, INC. and PAUL DROUILLARD,
        Defendant(s).
_____/

## ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with **L.R. 83.11(d)**, this case be reassigned by blind draw to another judge of this court.

        S/David M. Lawson
        DAVID M. LAWSON
        UNITED STATES DISTRICT JUDGE

In compliance with this order, this case is reassigned to Judge **Paul D Borman** and the new case number *(if applicable)* is _____. One card will be added for *Judge David M. Lawson* in the **CIVIL** case assignment deck.

Date: **October 30, 2009**

        S/ S Schoenherr
        Deputy Clerk

cc: Counsel of Record
    Receiving Judge
    Receiving Court (if applicable)