# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CLIFTON E. JACKSON et al., ,
          Plaintiff(s),

v.

SEGWICK CLAIMS MANAGEMENT SERVICES, INC. et al,
          Defendant(s).
                                     /

CASE NUMBER: 09-11529

HONORABLE PAUL D. BORMAN

## ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with **L.R. 83.11(d)**, this case be reassigned by blind draw to another judge of this court.

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

In compliance with this order, this case is reassigned to Judge **Nancy G Edmunds** and the new case number *(if applicable)* is _____. One card will be added for *Judge Paul D. Borman* in the **CIVIL** case assignment deck.

Date: **November 3, 2009**
                                              S/ S Schoenherr
                                              Deputy Clerk

cc: Counsel of Record
     Receiving Judge
     Receiving Court (if applicable)