UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFTON E. JACKSON and
CHRISTOPHER M. SCHARNITZKE,
on behalf of themselves and other
persons similarly situated,

      Plaintiff(s),                              Case No. 09-11529

v.                                                Hon. Nancy G. Edmunds

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC., and COCA COLA
ENTERPRISES, INC., foreign
corporations, and DR. PAUL
DROUILLARD, jointly and severally,

      Defendant(s).
_____/

## **JUDGMENT**

The Court having reviewed the pleadings in this matter and being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' motions for leave to amend are DENIED and Defendants' motions to dismiss are hereby GRANTED, and the case is DISMISSED.

SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated: March 11, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 11, 2010, by electronic and/or ordinary mail.

                                  s/Carol A. Hemeyer
                                  Case Manager