# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN

**CLIFTON E. JACKSON and**
**CHRISTOPHER M. SCHARNITZKE,**

Case No.: 2009-11529

Judge Nancy Edmonds

Plaintiffs, on behalf of themselves and other persons similarly situated

| **PROOF OF SERVICE** |
|---|
| The undersigned certifies that this instrument, together with all referenced attachments was served on all parties to this case and/or their attorneys of record at their respective addresses as disclosed by the pleadings on __April 5, 2010__ by the following method(s): <br> [] U.S. Mail   [] Fax          [] Hand Delivered <br> [] Federal Express       [] UPS <br> [X] Other:    **ELECTRONICALLY EMAILED** <br><br>   /s/Delilah D. Talon <br> Signature of Serve |

**SEDGWICK CLAIMS MANAGEMENT SERVICES, INC, and COCA COLA ENTERPRISES, INC, foreign corporations, and DR. PAUL DROUILLARD,**
**Jointly and Severally,** Defendants.

---

MARSHALL LASSER P25573
MARSHALL LASSER PC
Attorney for plaintiffs
po box 2579
Southfield MI 48037
248-647-7722
mlasserlaw@aol.com
ddtalon@gmail.com


Thomas W. Cranmer P25252
Matthew F. Leitman P48999
Miller Canfield Paddock & Stone, P.L.C.
840 West Long Lake Road, Ste. 200
Troy, MI 48098
248-879-200
cranmer@millercanfield.com
leitman@millercanfield.com

BUTZEL LONG
By:   Daniel B. Tukel P34978
        Lynn A. Sheehy P38162
        Katherine D. Goudie P62806
Attorneys for Defendant Dr. Drouillard
150 W. Jefferson, Ste. 100
Detroit, MI 48226
313-225-7000
tukel@butzel.com
sheehy@butzel.com
goudie@butzel.com

Kathleen H. Klaus P67207
Maddin, Hauser, Wartell , Roth
  & Heller, P.C.
Attorney for Sedgwick
28400 Northwestern Hwy., 3rd Fl
Southfield, MI 48034
248-354-4030
khk@maddinhauser.com

## PLAINTIFFS' NOTICE OF APPEAL

Clifton Jackson and Christopher Scharnitzke, on behalf of themselves and other persons similarly situated, appeal to the United States court of appeals for the sixth circuit the following judgments and orders:

1. "Opinion and order denying plaintiffs' motion for an amendment of findings and judgment under rule 52, for reconsideration of under rule 59, and for relief from judgment under rule 60 [62,63]," filed 3/22/2010 (document 64).

2. "Opinion and order granting defendants' motions to dismiss [15, 21, 39] and denying plaintiffs' motions for leave to amend [31,44]", filed 3/11/2010.

3. "Judgment" filed 3/11/2010 [document 60].

/s/ Marshall Lasser
Marshall Lasser PC, by
Marshall Lasser P25573
po box 2579
Southfield MI 48307
(248) 647 7722
mlasserlaw@aol.com
ddtalon@gmail.com

Dated: April 5, 2010

C:\wp51\DOCS\CocaColaRICO\NoticeofAppea.wpd