**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 02, 2012

Mr. Thomas William Cranmer
Mr. Matthew F. Leitman
Miller Canfield
840 W. Long Lake Road, Suite 200
Troy, MI 48098

Ms. Katherine D. Goudie
Mr. Daniel B. Tukel
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, MI 48226

Mr. Mark Frederick Horning
Jeffrey M. Theodore
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Ms. Kathleen Helen Klaus
Maddin, Hauser, Wartell, Roth & Heller
28400 Northwestern Highway, Third Floor
Southfield, MI 48034

Mr. Marshall David Lasser
Law Office of Marshall Lasser
20100 Civic Center Drive
Suite 309, P.O. Box 2579
Southfield, MI 48037

Mr. Michael Francis Smith
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20006

Mr. Jeffrey T. Stewart
Seikaly & Stewart
30300 Northwestern Highway, Suite 200
Farmington Hills, MI 48334

                      Re:  Case No. 10-1453, *Jackson, et al v. Segwick, et al*
                              Originating Case No. : 09-11529

Dear Counsel,

   The court today announced its decision in the above-styled case.

   Enclosed is a copy of the court's opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                                              Yours very truly,

                                              Deborah S. Hunt, Clerk


                                              Cathryn Lovely
                                              Deputy Clerk

cc:  Mr. David J. Weaver

Enclosures

Mandate to issue.

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 10-1453

CLIFTON E. JACKSON; CHRISTOPHER M.
SCHARNITZKE, on behalf of themselves and all
other persons similarly situated,

       Plaintiffs - Appellants,

v.

SEGWICK CLAIMS MANAGEMENT SERVICES,
INC.; COCA-COLA ENTERPRISES, INC., foreign
corporations; DR. PAUL DROUILLARD, jointly and
severally,

       Defendants - Appellees.

> **FILED**
> *Nov 02, 2012*
> DEBORAH S. HUNT, Clerk

Before: BATCHELDER, Chief Judge; GUY and MOORE, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED, and the case is REMANDED for further proceedings consistent with the opinion of this court.

                    **ENTERED BY ORDER OF THE COURT**

                    Deborah S. Hunt, Clerk